IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1613-AP

Brian J. Wallace,

    Plaintiff,

v.

Jo Anne B. Barnhart,
Commissioner of Social Security

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:

    LuAnn Ott Jilot, P.C.
    LuAnn Ott Jilot, #15629
    598 S. Gilpin Street
    Denver, CO  80209-4510
    (303) 778-1868
    (303) 778-1902 (facsimile)

    For Defendant:

    Teresa H. Abbott
    Special Assistant United States Attorney

    *Mailing Address:*
    *1961 Stout Street, Suite 1001A*
    *Denver, Colorado  80294*

    *Street Address:*
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    (303) 454-0100
    (303) 454-0404 (facsimile)

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

- **A.** **Date Complaint Was Filed:** August 19, 2005

- **B.** **Date Complaint Was Served on U.S. Attorney's Office:** August 22, 2005.

- **C.** **Date Answer and Administrative Record Were Filed:** October 21, 2005.

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The record is not complete.**:**
1. Correspondence from Colorado Department of Human Services - DDS to
   a) Columbia P/SL Medical Center
   b) Porter Memorial Hospital
   c) Lakewood Family Medicine, LLC
   d) Panorama Orthopaedic, P.C.
   e) Steven J. Ayres, MD
   f) St. Anthony (Central) Hospital
   g) medical releases and vocational rehabilitation release
2. Worksheet from DDS with Unit 54 DU Cases across top dated 07/20/02 08/14/02 09/03/02
3. Worksheet MER/Third Party Sources dated July 11, 2002
4. Letter to Brian J. Wallace from Colorado Department of Human Services dated July 11, 2002
5. Copy of birth certificate
6. 2001 W-2 from Misers, Inc.
7. Various screen printouts from social security
8. Correspondence from Counsel Ott Jilot to SSA dated November 6, 2002, January 14, 2003, April 18, 2003
9. Three pages of miscellaneous information and forms from Vocational Rehabilitation, Eligibility and Employment Planning Questionnaire for Colorado Division of Vocational Rehabilitation
10. General Admission of Liability WC# 4-473-830 dated November 9, 2001
11. Request for Hearing by Administrative Law Judge dated September 10, 2002
12. Corrections to record: Plaintiff's primary Orthopedic doctor is Dr. Donald Donaldson (spelled in the transcript as O'Donaldson); The Worker's Compensation doctor is Dr. Renee Shenoi (spelled in the transcript as Chenoi); Page 314, Line 3 the word "cope" is "code"

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

There is no additional evidence other than the additional evidence which was submitted to Social Security by Plaintiff after the Administrative Law Judge's determination at issue in this case.  That evidence is in the Record. No additional submissions of evidence are currently contemplated by Plaintiff with respect to the subject of this judicial review**.**

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case raises no unusual claims or defenses.

**7. OTHER MATTERS**

None.

**8. PROPOSED BRIEFING SCHEDULE**

      A.     **Plaintiff's Opening Brief Due:**     December 20, 2005

      B.     **Defendant's Response Brief Due:**  January 19, 2006

      C.     **Plaintiff's Reply Brief (If Any) Due:** February 3, 2006

**9. STATEMENTS REGARDING ORAL ARGUMENT**

\*\*The parties are waiving oral argument.

      A.     **Plaintiff's Statement:**

      B.     **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

      A.     ( )  **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**B.     (X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 15th day of November , 2005.

BY THE COURT:

S/John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

s/LuAnn Ott Jilot
LuAnn Ott Jilot, P.C.
LuAnn Ott Jilot, #15629
598 S. Gilpin Street
Denver, CO  80209-4510
Telephone: (303) 778-1868
ottjilot@usa.net
Attorney for Plaintiff

WILLIAM J. LEONE
UNITED STATES ATTORNEY

s/Kurt J. Bohn
KURT J. BOHN Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
17th Street Plaza
Denver, Colorado 80202
Telephone: (303) 454-0100
kurt.bohn@usdoj.gov

s/Teresa H. Abbott
By: Teresa H. Abbott
Special Assistant U.S. Attorney
teresa.abbott@ssa.gov

*Mailing Address:*
1961 Stout St., Suite 1001A

Denver, Colorado  80294

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

Attorney for Defendant(s)
Please affix counsel's signatures and any *pro se* party's signatures before submission of the proposed Joint Case Management Plan to the court.