IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01613-MSK

BRIAN J. WALLACE,

       Plaintiffs,

v.

JO ANNE B. BARNHART,
*Commissioner of Social Security*,

       Defendant.

_____

### ORDER RESCHEDULING ORAL ARGUMENT HEARING
_____

The oral argument hearing previously set for May 1, 2006 is hereby reset to **May 31, 2006 at 8:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 15th day of March 2006.

**BY THE COURT:**

*/s/ Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge